**Order entered October 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00159-CV

### KBIDC INVESTMENTS, LLC, Appellant

### V.

### ZURU TOYS INC., ZURU INC., AND ZURU LTD., TINNUS ENTERPRISES, LLC AND JOSH MALONE, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05584-2017**

## ORDER

Before the Court is appellant's October 23, 2019 unopposed motion for an extension of time to file its reply brief on the merits. We **GRANT** the motion and extend the time to December 2, 2019.

/s/     KEN MOLBERG
         JUSTICE